**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-2316**

───────────

CAROL H. ABERCROMBIE,

                              Plaintiff - Appellant,

        versus

ROBERT M. WALKER, Secretary, Department of the
Army,

                              Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-98-
3082-MJG)

───────────

Submitted:  January 20, 2000      Decided:  January 28, 2000

───────────

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Carol H. Abercrombie, Appellant Pro Se.  Roann Nichols, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carol H. Abercrombie appeals the district court's order granting summary judgment to the Defendant on Abercrombie's reprisal discrimination claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Abercrombie v. Walker</u>, CA-98-3082-MJG (D. Md. Aug. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>